UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Parker, et al. v. Republic of the Sudan*, 20-cv-10657

### AFFIDAVIT OF SERVICE

State of New York    :
                     : ss.
County of New York :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Dorothea M. Capone, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says that:

1. Plaintiffs' Short Form Complaint, Amended Summons and Notice of Suit were served upon defendant the Republic of the Sudan on July 19, 2024.

2. Service was effectuated upon the H.E. Acting Minister of Foreign Affairs of the Republic of Sudan, Ali Al-Sadiq Ali, under cover of U.S. Department of State diplomatic note dated July 16, 2024, delivered to the Embassy of the Republic of Sudan in Washington, D.C. on July 19, 2024, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, et seq. A true and correct copy of the Diplomatic Note and supporting U.S. Department of State documents are attached hereto as Exhibit A.

3. The Clerk of Court's transmittal to the U.S. Department of State, pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, et seq., made at my request is attached hereto and incorporated herein as Exhibit B; *see also* Clerk Certificate of Mailing, ECF No. 46 dated October 4, 2023.

4. That receipt of transmittal by the U.S. Department of State was received by the Clerk of Court on September 20, 2024, and acknowledged by the Clerk of Court on September 25, 2024 as noted on the docket.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: September 25, 2024

_____
Dorothea M. Capone, Esq.

Sworn to before me this
25 day of September, 2024.

_____
Notary Public

CAROLYN MARTINEZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA0020787
Qualified in New York County
Commission Expires Feb. 6, 2028