# **EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MD 01570 (GBD)(SN) |

*Parker, et al. v. The Republic of the Sudan* 20 cv 10657 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 4th day of October, 2023, I served defendant:

c/o H.E. Acting Minister of Foreign Affairs of the Republic of Sudan
Ali Al-Sadiq Ali, Ministry of Foreign Affairs,
P.O. Box 873, Gamma Street,
Khartoum, Sudan

By dispatching via Federal Express, Tracking No. 7736 0139 5793, to the Secretary of State, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington DC 20522-1710, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

1) Notice of Suit with the Foreign Sovereign Immunities Act attached as an Exhibit;
2) Parker Suarez Summons and Short Form Complaint filed December 17, 2020;
3) A check in the amount of $2,275.00 payable to U.S. State Department

Dated: New York, New York
October 4th, 2023

RUBY J. KRAJICK
CLERK OF COURT

/s/Robert Juliano
Deputy Clerk